89 So.2d 109

## Clayton JACKSON

v.

## STATE.

### 8 Div. 877.

Supreme Court of Alabama.

July 26, 1956.

John Patterson, Atty. Gen., and Owen Bridges, Asst. Atty. Gen., for petitioner. Jas. N. Bloodworth, Decatur, opposed.

MERRILL, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Jackson v. State, Ala.App., 89 So.2d 108.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and SPANN, JJ., concur.

88 So.2d 341

## LIFE and CASUALTY INS. CO.

v.

## Fred BURKE, Jr.

### 6 Div. 984.

Supreme Court of Alabama.

June 14, 1956.

Selman & Beaird, Jasper, for petitioner. Bankhead & Petree, Jasper, opposed.

LIVINGSTON, Chief Justice.

Petition of Fred Burke, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Life and Casualty Co. v. Burke, 88 So.2d 338.

Affirmed.

SIMPSON, GOODWYN and SPANN, JJ., concur.

84 So.2d 777

## Onzell McGRAW

v.

## STATE.

### 7 Div. 294.

Supreme Court of Alabama.

Nov. 10, 1955.

Rehearing Denied Feb. 2, 1956.

Wales W. Wallace, Jr., Columbiana, for petitioner.

John Patterson, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Onzell McGraw for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in McGraw v. State, 84 So.2d 773.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.